## IN THE UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
## ATLANTA DIVISION

| | |
|---|---|
| BETTINA MCQUILKIN,<br><br>    Plaintiff,<br><br>v.<br><br>FOUR SEASONS HOME IMPROVEMENT, LLC AND BRYAN ARIAS,<br><br>    Defendants. | CIVIL ACTION FILE NO:<br>1:11-cv-02113-HTW |

### STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. 41(a)(1)(A)(ii)

IT IS HEREBY STIPULATED AND AGREED by and between the parties, by and through their undersigned counsel of record, that the above-captioned action is voluntarily dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

The parties shall each bear their own costs and attorneys' fees.

Respectfully submitted this 6th day of October, 2011.

[SIGNATURES ON FOLLOWING PAGE]

| | |
|---|---|
| /s/ John F. Beasley, Jr. | /s/ Jamie B. Hernan |
| John F. Beasley, Jr. | Jamie B. Hernan |
| Georgia Bar No. 045010 | Georgia Bar No: 348555 |
| jfbeasley @jfbeasleylaw.com | jamie@hernanfirm.com |
| JF BEASLEY, LLC | THE HERNAN LAW FIRM, PC |
| 31 North Main Street | 11050 Crabapple Road, Suite 101A |
| P.O. Box 309 | Roswell, Georgia 30075 |
| Watkinsville, GA 30677 | Tel: (678) 275-4000 |
| Telephone: 706-769-4410 | Fax: (678) 265-4000 |
| Facsimile: 706-769-4471 | |
| | Attorneys for Defendants Four Seasons |
| Attorneys for Plaintiff McQuilkin | Home Improvement, LLC and Bryan Arias |

## CERTIFICATE OF COMPLIANCE

The undersigned certifies that the foregoing has been prepared in the Times New Roman 14 font, as approved by the Court in LR 5.1B.

                                                JF BEASLEY, LLC

                                          By:   /s/ John F. Beasley, Jr.
                                                     John F. Beasley, Jr.
                                                     Georgia Bar No. 045010
                                                     jfbeasley@jfbeasleylaw.com

# CERTIFICATE OF SERVICE

I hereby certify that on October 6, 2011, I electronically filed STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE PURSUANT TO F.R.C.P. **41(a)(1)(A)(ii)** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of record:

    Jamie B. Hernan
    THE HERNAN LAW FIRM, PC

                                              JF BEASLEY, LLC

                                              By:   /s/ John F. Beasley, Jr.
                                                        John F. Beasley, Jr.
                                                        Georgia Bar No. 045010
                                                        jfbeasley@jfbeasleylaw.com

31 North Main Street
P.O. Box 309
Watkinsville, GA 30677
Telephone:  706-769-4410
Facsimile:   706-769-4471

Counsel for Plaintiff